UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN P. MOORE,

                Plaintiff,

v.

GIBSON, et al.,

                Defendants.

Case No. 18-570 RSM-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Plaintiff filed a *pro se* and *in forma pauperis* civil rights action. He now moves for appointment of counsel. Dkt. 9. A person generally has no right to counsel in a civil action. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Plaintiff requests appointment of counsel on the grounds no lawyer that he has contacted has been willing to represent him. This is not an extraordinary circumstance warranting the appointment of counsel at this point and the Court accordingly **DENIES** the motion, Dkt. 9,

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

1 | without prejudice. The Clerk shall provide a copy of this Order to plaintiff.

2 | DATED this 6th day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 2