UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN P. MOORE,

                Plaintiff,

v.

SNOHOMISH COUNTY SHERIFFS, et al.,

                Defendants.

Case No. C18-570 RSM-BAT

**REPORT AND RECOMMENDATION**

Plaintiff, a pro se prisoner, was incarcerated at the Snohomish County Jail when he applied to proceed *in forma pauperis* ("IFP") and submitted a 42 U.S.C. § 1983 civil rights action on April 18, 2018. Dkt. 1. The Court granted the IFP application and recommended partial dismissal of the action. Dkts. 3,7. The recommendation was adopted and a scheduling order was issued. Dkts. 8, 20. Mail the Court sent plaintiff was returned to the Court on August 27, 2018, with a notation that plaintiff had been released from custody. The Snohomish County Sherriff's Office also filed a notice the same day that plaintiff was released from custody on August 5, 2018. Dkt. 22.

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address …. If mail directed to a pro se plaintiff by the clerk is returned

REPORT AND RECOMMENDATION - 1

by the Post Office, … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

To date, plaintiff has not notified the Court of his current address, and has not filed anything to further prosecute this action. The Court thus recommends **DISMISSING** this action without prejudice pursuant to Local Rule CR 41(b)(2) for failure to prosecute.

Any objections to this Recommendation must be filed by **October 16, 2018.** The matter will be ready for the Court's consideration on **Friday, October 19, 2018.** Objections are limited to 5 pages. The failure to timely object may affect the right to appeal.

DATED this 2nd day of October, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2