UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN P. MOORE,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

Case No. C18-570 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This case is **dismissed without prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 19th day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1